UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOSHANA MINZER,<br><br>    Plaintiff,<br><br>v.<br><br>EMAGIN CORPORATION, ERIC BRADDOM, PAUL CRONSON, ELLEN RICHSTONE, ANDREW G. SCULLEY, ELMER STEPHEN M. SEAY, and JILL J. WITTELS,<br><br>    Defendants. | **MEMORANDUM ENDORSED**<br><br>Case No. 1:23-cv-07097-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shoshana Minzer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 6, 2023

              WEISS LAW

              By _/s/ Michael Rogovin_
              Michael Rogovin
              476 Hardendorf Ave. NE
              Atlanta, GA 30307
              Tel: (404) 692-7910
              Fax: (212) 682-3010
              Email: mrogovin@weisslawllp.com

              *Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 6, 2023
New York, New York

              _/s/ Gregory H. Woods_
              GREGORY H. WOODS
              United States District Judge